UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANA MCCOY ET AL.,<br>　　Plaintiffs, | §<br>§<br>§ | Case no. 3:11-cv-1948-F |
| v. | §<br>§ | |
| SECURITIES AMERICA, INC. ET AL,<br>　　Defendants. | §<br>§<br>§<br>§ | |

ORDER OF FINAL JUDGMENT IN ACCORDANCE
WITH FEDERAL RULE OF CIVIL PROCEDURE 58

On August 4, 2011, the Court issued an Order granting final approval of a settlement with Securities America, Inc., Securities America Financial Corporation, and Ameriprise Financial, Inc. in the case of *McCoy v. Cullum & Burks Securities, Inc.*, 3:11-cv-191-F. On August 5, 2011, the Court issued an Order severing the claims against these three Settling Defendants into a new action, which is *McCoy v. Securities America, Inc.*, 3:11-cv-1948-F, as shown above. Having severed the claims against these three Settling Defendants into a separate action, the Court issued an Order of Final Settlement Approval and Judgment on August 8, 2011, approving of the settlement between the Plaintiffs and the Settling Defendants.

Having issued the aforementioned Orders and taken the necessary procedural steps to ensure that a final judgment may be ordered and appealed, the Court issues this Order in accordance with the dictates of Federal Rule of Civil Procedure 58, which requires judgments to be set out in separate orders. Accordingly, it is ORDERED that final

judgment is GRANTED in this case, and this case may accordingly be closed and appealed. The Clerk of the Court is instructed to CLOSE this action.

IT IS SO ORDERED.

Signed this 9th day of August, 2011.

_____
Royal Furgeson
Senior United States District Judge